820 A.2d 665

IN THE MATTER OF SANDRA RENEE TAYLOR, AN
ATTORNEY AT LAW (ATTORNEY NO. 009601990).

April 25, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–330, concluding that **SANDRA RENEE TAYLOR** of **SOUTH ORANGE**, who was admitted to the bar of this State in 1990, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client), *RPC* 1.16(d) (failure to take steps to protect the client's interest on termination of representation), and *RPC* 1.17(c) (failure to provide client with proper notice upon the sale of a law practice);

And the Disciplinary Review Board having further concluded that **SANDRA RENEE TAYLOR** shall be required to practice law under the supervision of a practicing attorney for a period of one year;

And good cause appearing;

It is ORDERED that **SANDRA RENEE TAYLOR** is hereby reprimanded; and it is further

ORDERED that **SANDRA RENEE TAYLOR** shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of one year, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.